Submitted by:

Robert A. Bailey (#214688)
 rbailey@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (named herein as "Wells Fargo & Company") ("Wells Fargo")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MELODIE KLEIMAN,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY; NDeX and DOES 1-50<br><br>Defendants. | Case No.: CV 11-3628-VBF (VBKx)<br><br>[Assigned to the Hon. Valerie Baker Fairbank]<br><br>[~~PROPOSED~~] JUDGMENT DISMISSING WELLS FARGO WITH PREJUDICE PURSUANT TO FRCP 12(b)(6) |

On June 23, 2011, this Court granted, with prejudice, the Motion to Dismiss the First Amended Complaint filed by Wells Fargo Bank, N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (named herein as "Wells Fargo & Company") ("Wells Fargo & Company"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

///

1. In accordance with that order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Judgment is awarded to Defendant Wells Fargo & Company and Plaintiff Melodie Kleiman shall take nothing from Defendant Wells Fargo & Company;

2. This Action is dismissed with prejudice as against Defendant Wells Fargo & Company;

3. Defendant shall be entitled to recover its costs of suit.

Dated" ___July 10___, 2011   /s/ Valerie Baker Fairbank

The Hon. Valerie Baker Fairbank
United States District Judge