UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-3628-VBF(VBKx)**                              Dated: **August 19, 2011**

Title:    Melodie Kleiman -v- Wells Fargo and Company, et al.

---

PRESENT: HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

    Joseph Remigio                              None Present
    Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):**    **COURT ORDER RE STIPULATION OF DISMISSAL OF DEFENDANT NdeX WEST, LLC (DKT. #48)**

    The Court has received Stipulation of Dismissal of Defendant Ndex West, LLC (dkt. #48). The case is hereby **DISMISSED,** and the OSC Re Failure to Appear, currently set for **August 24, 2011,** at **9:00 a.m.,** is hereby taken off calendar. Defendant Wells Fargo Bank, N.A's Motion for an Award of Attorneys' Fees (dkt. #40) remains on calendar for **August 29, 2011,** at **1:30 p.m.**

**IT IS SO ORDERED.**

MINUTES FORM 90                              Initials of Deputy Clerk ___jre___
CIVIL - GEN

-1-